# UNITED STATES DISTRICT COURT

for the

## District of Arizona

| | |
|---|---|
| Microchip Technology Inc. ) | |
| *Plaintiff(s)* ) | |
| ) | Civil Action No. |
| v. ) | |
| ) | |
| Delphi Automotive, PLC; ) | |
| Delphi Automotive LLP; and ) | |
| Delphi Automotive Systems, LLC ) | |
| *Defendant(s)* ) | |

### SUMMONS IN A CIVIL ACTION

TO:  *(Defendant's name and address)*

Delphi Automotive Systems, LLC
c/o The Corporation Trust Company
Corporation Trust Center, 1209 Orange Street
Wilmington, DE  19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff s attorney, whose name and address are:

**Brett L. Dunkelman, Osborn Maledon, P.A.**
**2929 N. Central Avenue, Suite 2100, Phoenix, AZ  85012**
**Phone: (602) 640-9000**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. _____

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

   ☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

   ☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

   ☐ I served the summons on *(name of individual)* _____, who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____; or

   ☐ I returned the summons unexecuted because _____; or

   ☐ Other *(specify):*


My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: